ACCEPTED
12-15-00047-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 4:50:46 PM
Pam Estes
CLERK

## No. 12-15-00047-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/14/2015 4:50:46 PM
PAM ESTES
Clerk

**IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT OF TEXAS
TYLER, TEXAS**

**MARK J. HEALEY**
*APPELLANT*

**V.**

**EDWIN N. HEALEY**
*APPELLEE*

Appeal from the 3rd Judicial District Court
Henderson County, Texas;
Cause No. 2014C-0638, the Honorable Mark Calhoon, Presiding

**AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE TWELFTH COURT OF APPEALS:

Appellee Edwin N. Healey files this Agreed Motion to Extend Time to File

Appellee's Brief.

### I. Introduction

1. Appellant is Mark J. Healey. Appellee is Edwin N. Healey.

2. No rule limits the time within which to file this motion to extend. *See*

TEX. R. APP. P. 38.6(d).

1

## II. Arguments and Authorities

3. This Court may extend the time to file an Appellee's Brief under the authority of Texas Rule of Appellate Procedure 38.6(d).

4. Appellee's Brief is due on September 21, 2015.

5. Appellee's appellate counsel electronically filed a request for a copy of the Clerk's and Reporter's record on September 3, 2015, and has yet to receive those records.

6. Appellant and Appellee are currently conducting settlement negotiations, which the agreed upon extension requested herein would benefit.

7. Appellee requests an extension of sixty (60) days from the date that his Appellee's Brief is due so that he may submit a narrowly tailored brief that assists this Court with the resolution of this Appeal, and also to give the parties more time to continue settlement negotiations. If this Motion is granted, the due date for the Appellee's Brief would be Friday, November 20, 2015.

8. Appellee has not filed any previous motions to extend time in this matter. Appellant was granted a sixty (60) day extension to his deadline for filing Appellant's Brief, the same amount of time for which Appellee is asking. This motion is filed for good cause, in the interest of judicial economy, and is not filed solely for delay.

### III. Conclusion

Accordingly, Appellee requests that this Court grant this Motion to Extend Time to File Appellee's Brief, enter an order extending the due date for Appellee's Brief from September 21, 2015 to November 20, 2015, and award any and all other relief to which he is entitled in either law or equity.

Respectfully submitted,
**LOVELACE KILLEN, P.L.L.C.**

By: */s/ Koy R. Killen*
Koy R. Killen
Texas Bar No. 24032628
kkillen@lovelacekillen.com
Clinton W. Dennis
Texas Bar No. 24074130
cdennis@lovelacekillen.com
104 South Main Street
Burleson, Texas 76028
Tel. (817) 447-0053
Fax. (817) 447-0052

**ATTORNEYS FOR APPELLEE**
**EDWIN N. HEALEY**

## CERTIFICATE OF CONFERENCE

I, the undersigned, do hereby certify that on September 14, 2015, counsel for Appellee conferred with counsel for Appellant regarding the merits of this Motion, and Appellant agreed to the relief requested herein.

/s/  Koy R. Killen
Koy R. Killen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel of record, via electronic service on September 14, 2015.

Steve Stark                                              *Via Electronic Service*
Stark & Groom, LLP
110 East Corsicana Street
Athens, Texas 75751
*Attorney for Appellant*

/s/ Koy R. Killen
Koy R. Killen